CLOSED,DQ

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CIVIL DOCKET FOR CASE #: 2:17–cv–11678–GAD–DRG

King v. Money Recovery Nationwide et al  
Assigned to: District Judge Gershwin A. Drain  
Referred to: Magistrate Judge David R. Grand  
Cause: 15:1692 Fair Debt Collection Act  

Date Filed: 05/26/2017  
Date Terminated: 06/19/2017  
Jury Demand: Plaintiff  
Nature of Suit: 190 Contract: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Leslie F. King**   represented by   **Nicholas A. Reyna**  
Law Offices of Nicholas A. Reyna  
17344 W 12 Mile Rd  
Suite 106  
Southfield, MI 48076  
2484231110  
Fax: 2484231112  
Email: nickreyna7@hotmail.com  
*ATTORNEY TO BE NOTICED*  
*Bar Status: Sworn*

V.

**Defendant**

**Money Recovery Nationwide**

**Defendant**

**Nationwide Collection Agencies, Inc**

Email All Attorneys  
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2017 | 1 | COMPLAINT filed by Leslie F. King against Money Recovery Nationwide, Nationwide Collection Agencies, Inc with Jury Demand. Plaintiff requests summons issued. Receipt No: 0645−6243706 − Fee: &#036 400. County of 1st Plaintiff: Kent − County Where Action Arose: Kent − County of 1st Defendant: Wayne. [Previously dismissed case: No] [Possible companion case(s): None] (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D) (Reyna, Nicholas) (Entered: 05/26/2017) |
| 05/26/2017 | 2 | SUMMONS Issued for *Money Recovery Nationwide* (LHos) (Entered: 05/26/2017) |
| 05/26/2017 | 3 | SUMMONS Issued for *Nationwide Collection Agencies, Inc* (LHos) (Entered: 05/26/2017) |
| 05/26/2017 |  | A United States Magistrate Judge of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form is available for download at http://www.mied.uscourts.gov (LHos) (Entered: 05/26/2017) |

| | | |
|---|---|---|
| 06/05/2017 | 14 | ORDER for Plaintiff to Show Cause why this Case Should not be Transferred to the United States District Court for the Western District of Michigan. **Show Cause Response due by 6/12/2017.** Signed by District Judge Gershwin A. Drain. (SBur) (Entered: 06/05/2017) |
| 06/19/2017 | 15 | ORDER TRANSFERRING CASE to the Western District of Michigan. Signed by District Judge Gershwin A. Drain. (DPer) (Entered: 06/20/2017) |