UNITED STATES DISCTRICT COURT
WESTERN DISTRICT OF MIGHIGAN

| | |
|---|---|
| LESLIE F. KING,<br><br>            Plaintiff,<br><br>v.<br><br>MONEY RECOVERY NATIONWIDE and NATIONWIDE COLLECTION AGENCIES, INC.,<br><br>            Defendant(s). | Case No.: 1:17-cv-00557-RJJ-PJG<br>Hon. Judge Robert J. Jonker<br>Magistrate Judge Phillip J. Green |

### NOTICE OF SETTLEMENT

Defendant, Money Recovery Nationwide d/b/a Nationwide Collection Agencies, Inc. ("MRN"), by and through undersigned counsel, hereby informs the court that a settlement of the present matter has been reached. The parties are finalizing settlement paperwork, which should be completed within the next 30 days.

MRN therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

                                                            Respectfully Submitted,

                                                            /s/ Charity A. Olson
                                                            Charity A. Olson (P68295)
                                                            **BROCK & SCOTT, PLLC**
                                                            2723 S. State St., Ste. 150
                                                            Ann Arbor, MI 48104
                                                            (734) 222-5179
Dated: December 29, 2017                                    Charity.Olson@brockandscott.com

1

**CERTIFICATE OF SERVICE**

     I, Charity A. Olson, hereby state that on December 29, 2017, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
**BROCK & SCOTT, PLLC**
