UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| LESLIE F. KING,<br><br>        Plaintiff,<br><br>v.<br><br>MONEY RECOVERY NATIONWIDE and NATIONWIDE COLLECTION AGENCIES, INC.,<br><br>        Defendant(s). | Case No.: 1:17-cv-00557-RJJ-PJG<br>Hon. Judge Robert J. Jonker<br>Magistrate Judge Phillip J. Green |

## ORDER DISMISSING WITH PREJUDICE PLAINTIFF'S COMPLAINT AGAINST DEFENDANT WITHOUT FEES OR COSTS TO ANY PARTY

    Pursuant to the parties' stipulation between Plaintiff Leslie F. King and Defendant Money Recovery Nationwide and Nationwide Collection Agencies, Inc. filed with this Court, Plaintiff's Complaint is hereby dismissed with prejudice, and without fees or costs awarded to any party.

    This Order resolves all pending claims and closes the case.

**IT IS SO ORDERED.**

Dated:   January 26, 2018               /s/ Robert J. Jonker
                                                   Hon. Robert J. Jonker
                                                   United States District Court
                                                   Western District of Michigan